licitor General Biddle, Assistant Attorney General Shea, and *Mr. Melvin H. Siegel* for the United States.

No. 675. SEEDS ET AL. *v.* UNITED STATES. March 3, 1941. Petition for writ of certiorari to the Court of Claims denied. *Mr. Walter Biddle Saul* for petitioners. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Messrs. Melvin H. Siegel* and *Thomas E. Harris* for the United States.

No. 723. JORDAN ET AL. *v.* FISHER ET AL. March 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. E. L. Klett* and *W. W. Campbell* for petitioners. *Mr. Alfred McKnight* for respondents.

No. 747. SHEPPARD, COMPTROLLER OF PUBLIC ACCOUNTS, ET AL. *v.* CARPENTER. March 3, 1941. Petition for writ of certiorari to the Supreme Court of Texas denied. *Messrs. Gerald C. Mann,* Attorney General of Texas, *Grover Sellers,* First Assistant Attorney General, *R. W. Fairchild, Ocie Speer,* and *Geo. W. Barcus,* Assistant Attorneys General, for petitioners. *Messrs. Dan Moody, Everett L. Looney, Claude V. Birkhead, R. L. Bobbitt,* and *Charles L. Black* for respondent.

No. 613. ROBBINS *v.* SANFORD, WARDEN. March 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. James*